**253 So.2d 46**

**In re The B. F. GOODRICH CO., a Corporation**

**v.**

**Lawless MARTIN.**

**Ex parte The B. F. Goodrich Co., a Corp.**

**6 Div. 891-A.**

Supreme Court of Alabama.

Sept. 30, 1971.

Jones, McEachin, Ormond & Fulton, Tuscaloosa, for petitioner.

Edward F. Morgan, Tuscaloosa, opposed.

HARWOOD, Justice.

Petition of The B. F. Goodrich Co., a Corp., for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in B. F. Goodrich Co. v. Martin, 47 Ala.App. 244, 253 So.2d 37.

Writ denied.

LAWSON, MERRILL, MADDOX and McCALL, JJ., concur.

**253 So.2d 533**

**Roy Edward BRAY, alias**

**v.**

**STATE of Alabama.**

**Ex parte Roy Edward Bray, alias.**

**6 Div. 900.**

Supreme Court of Alabama.

Oct. 14, 1971.

Louis W. Scholl, Birmingham, for petitioner.

No brief from the State.

MERRILL, Justice.

Petition of Roy Edward Bray for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Bray, alias, v. State, 253 So.2d 531.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and McCALL, JJ., concur.